UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-61958-CIV-DIMITROULEAS

EMILY BANKS, Individually and on behalf of
all others similarly situated,

    Plaintiffs,

vs.

TOPGOLF INTERNATIONAL, INC.,
a Texas Corporation,

    Defendant.

_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice"). [DE 5]. The Court has considered the Notice and is otherwise fully advised in the premises. Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Notice is hereby **APPROVED;**

2. This action is hereby **DISMISSED WITHOUT PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of August, 2018.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record